UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. 23-1836


UNITED STATES OF AMERICA,
Appellant


v.


REGINALD L. HOPKINS


(M.D. Pa. No. 1-21-cr-00177-001)


Present:  HARDIMAN, SCIRICA and SMITH, Circuit Judges


   1.  Letter filed by Appellant USA requesting minor modification to the Opinion.


                                        Respectfully,
                                        Clerk/JK

_____ORDER_____

The foregoing Letter filed by Appellant USA requesting minor modification to the Opinion is GRANTED consistent with the Amended Precedential Opinion filed simultaneously with this Order.


                                        By the Court,

                                        s/D. Brooks Smith
                                        Circuit Judge


Dated:  August 2, 2024
JK/cc: All Counsel of Record